```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
LOUIS ROBERTS                                                        :
                                                                     :
                              Plaintiff,                             :
                                                                     :
              -v-                                                    :   20-CV-9694 (JMF)
                                                                     :
JUSTIN GITELIS, et al.,                                              :   ORDER
                                                                     :
                              Defendants.                            :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      Plaintiff Louis Roberts brings this action against Defendants Justin Gitelis and Michael Gitelis.  After reviewing his original Complaint, filed on November 18, 2020, the Court found that — although Roberts appeared to invoke this Court's diversity jurisdiction under 28 U.S.C. § 1332 — he neither actually stated the basis for the Court's subject-matter jurisdiction as required by Rule 8(a)(1) of the Federal Rules of Civil Procedure nor properly pleaded the citizenship of the parties.  *See* ECF No. 6.  On November 19, 2020, the Court ordered Roberts to amend his Complaint to cure these deficiencies.  *Id.*

      On November 20, 2020, Roberts filed an Amended Complaint in which he invoked the Court's subject-matter jurisdiction pursuant to 28 U.S.C. § 1332.  But once again, Roberts failed to properly plead the parties' citizenship.  *See* ECF No. 7, ¶¶ 2-4.  On November 30, 2020, the Court issued an Order in which it granted Roberts "one final chance" to properly establish subject-matter jurisdiction and ordered him to cure the deficiencies in his Amended Complaint by "properly alleg[ing] the *citizenship* of each party to th[e] action."  ECF No. 11.  In that Order, the Court gave Roberts until December 4, 2020, to amend his pleading and warned that, "[i]f, by that date, Roberts does not file an amended complaint actually establishing this Court's subject-matter jurisdiction, the Court will dismiss the case without prejudice and without further notice to any party."  *Id.*  To date, no such amended pleading has been filed.

      Accordingly, the Amended Complaint is hereby DISMISSED without prejudice for lack of subject-matter jurisdiction.  Any pending motions are moot and any conferences are canceled.  The Clerk of Court is directed to close this case.

      SO ORDERED.

Dated: December 8, 2020  
      New York, New York  
                                                        JESSE M. FURMAN  
                                                       United States District Judge