# THE LINDEN LAW GROUP, P.C.

5 Penn Plaza, 23rd Floor
New York, New York 10001
(212) 835-1532
(718) 425-0692 (Fax)

March 2, 2021

<u>Via ECF</u>

Hon. Jesse M. Furman
U.S. District Court, SDNY
500 Pearl Street
New York, New York 10007

  Re: *Louis Roberts v. Justin Gitelis, et al.*
     **Case No: 20-CV-9694 (JMF)**

Dear Judge Furman:

  This office represents Plaintiff in this matter, now against the one Defendant Justin Gitelis.

  Justin Gitelis answered the prior Complaint on February 10, 2021. The current Amended Complaint as against Justin Gitelis is identical in substance and form to the prior pleading Justin and his counsel have already answered. As such, there is respectfully no need for an additional Answer.

  Today, the Court set the initial Conference for March 31, 2021. However, I will be out of the office from March 22, 2021 through April 6, 2021, and must respectfully request an alternative date.

  I can be available for the initial Conference between March 8 and March 19, or after April 6, at the convenience of the Court and defense counsel.

            Very truly yours,

            *Jeffrey Benjamin*

            Jeffrey Benjamin, Esq.

Given that there is a new complaint, Defendant Justin Gitelis must file a new answer (even if it merely replicates the earlier answer) or otherwise respond to the new complaint.  His deadline continues to be **March 22, 2021**.  The initial pretrial conference, currently scheduled for March 31, 2021, is hereby ADJOURNED to **April 13, 2021, at 4:00 p.m.**  The Clerk of Court is directed to terminate ECF No. 38.  SO ORDERED.

March 3, 2021