UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
LOUIS ROBERTS,                                                    :
:
Plaintiff,                                                        :
:      20-CV-9694 (JMF)
-v-                                                               :
:      ORDER
JUSTIN GITELIS,                                                   :
:
Defendant.                                                        :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On July 29, 2021, the Court received a letter form Plaintiff's counsel indicating that Defendant Justin Gitelis — who is proceeding here without counsel — has not been responsive to counsel's inquiries. *See* ECF No. 50. No later than **August 19, 2021**, Mr. Gitelis shall submit to the Court a letter indicating whether he intends to continue defending this suit. If Mr. Gitelis fails to do so by the deadline, the Court will entertain a motion to strike his Answer filed at ECF No. 33 and to enter a default against Mr. Gitelis. Any such motion, supported by a memorandum of law providing authority for granting such relief, shall be filed by **September 9, 2021**. If or when such a motion is filed, the Court will issue another scheduling order setting a deadline for any opposition and a hearing date.

      The Clerk of Court is directed to mail a copy of this Order to Mr. Gitelis at 68 Hillburn Lane, North Barrington, IL 60010, and to add that address to the docket sheet.

      SO ORDERED.

Dated: August 5, 2021
       New York, New York
                                                                JESSE M. FURMAN
                                                    United States District Judge