UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LOUIS ROBERTS,

                Plaintiff,

       -v-                                               20-CV-9694 (JMF)

JUSTIN GITELIS,                                   ORDER

                Defendant.

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On September 3, 2021, the Court received an anonymously sent email, a copy of which is attached, purportedly relating to a party in this case.  Needless to say, such a communication — anonymous, ex parte, and submitted by email in violation of the Court's rules — is highly inappropriate and will not be considered in any way by the Court.

       SO ORDERED.

Dated: September 3, 2021
       New York, New York                              _____
                                                           JESSE M. FURMAN
                                                      United States District Judge

| | |
|---|---|
| **From:** | dearjudgefurman |
| **To:** | Furman NYSD Chambers |
| **Subject:** | Roberts v. Gitelis et al - 1:20-cv-09694 |
| **Date:** | Friday, September 3, 2021 2:26:39 AM |

**CAUTION - EXTERNAL:**

Dear Judge,

It might interest you to learn that the defendant in this case has recently signed back on to Twitter under a different username (@CKJacked) and started to provide analysis and picks on sports events again. He tweets frequently for hours per day, engaging with people and providing advice that has the potential to make people lose a lot of money.

Thought you might be interested to learn this information.

Thank you.

Sent with ProtonMail Secure Email.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.