UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
LOUIS ROBERTS, :
:
Plaintiff, :
: 20-CV-9694 (JMF)
-v- :
: ORDER
JUSTIN GITELIS, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 28, 2021, Plaintiff timely filed his supplemental memorandum of law in support of his motion to strike and to enter default judgment, *see* ECF No. 60, per the Court's October 18, 2021 Order, *see* ECF No. 56. It is hereby ORDERED that Plaintiff shall serve a copy of his supplemental memorandum of law on Defendant by **November 1, 2021**, and shall file proof of the same by **November 3, 2021**.

      SO ORDERED.

Dated: October 29, 2021
       New York, New York

                                                                   JESSE M. FURMAN
                                                     United States District Judge