UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
LOUIS ROBERTS,                                                    :
                                      Plaintiff,             :
:      20-CV-9694 (JMF)
             -v-                                                     :
:      ORDER
JUSTIN GITELIS,                                                   :
:
                                    Defendant.             :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       For the reasons stated on the record during the hearing today, Plaintiff Louis Roberts's motion to strike Defendant Justin Gitelis's Answer, filed on March 22, 2021, *see* ECF No. 40, is GRANTED, as is Roberts's motion for entry of default judgment.  The Clerk of Court is directed to enter judgment against Mr. Gitelis in the amount of $150,000 for compensatory damages, with prejudgment interest of nine percent to be calculated from October 7, 2020, and in the amount of $150,000 for punitive damages.

       The Clerk of Court is directed thereafter to close the case and mail a copy of this Order and the associated Judgment to Mr. Gitelis.

       SO ORDERED.

Dated: November 22, 2021
       New York, New York                     _____
                                                                  JESSE M. FURMAN
                                                           United States District Judge