UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LOUIS ROBERTS,

                    Plaintiff,                    20 **CIVIL** 9694 (JMF)

        -against-                   **DEFAULT JUDGMENT**

JUSTIN GITELIS,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 22, 2021, For the reasons stated on the record during the hearing today, Plaintiff Louis Roberts's motion to strike Defendant Justin Gitelis's Answer, filed on March 22, 2021, *see* ECF No. 40, is GRANTED, as is Roberts's motion for entry of default judgment. Judgment is entered against Mr. Gitelis in the amount of $150,000 for compensatory damages, with prejudgment interest of nine percent to be calculated from October 7, 2020 in the amount of $15,201.37, and in the amount of $150,000 for punitive damages; accordingly, the case is closed.

**Dated:**  New York, New York
            November 22, 2021

                                                      **RUBY J. KRAJICK**
                                                      Clerk of Court
                                    BY: _____
                                                           Deputy Clerk